# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Palltronics, Inc.,
    Plaintiff,

Case No. 2022-cv-12854

v.

PALIoT Solutions, Inc., f/k/a PALIoT Solutions, LLC,
    Defendant.
_____/

MILLER, CANFIELD,
PADDOCK and STONE, P.L.C.
Steven A. Roach (P39555)
Marc N. Swanson (P71149)
150 West Jefferson, Suite 2500
Detroit, MI  48226
Phone: (313) 496-7591
Fax: (313) 496-8452
roach@millercanfield.com
swansonm@millercanfield.com

Jacob D. Koering
MILLER, CANFIELD, PADDOCK
AND STONE P.L.C.
225 W. Washington Street, Suite 2600
Chicago, IL  60606
(312) 460-4200
koering@millercanfield.com
*Attorneys for Plaintiff*
_____/

## INDEX OF EXHIBITS

| Exhibit # | Description |
|---|---|
| 1 | Notice of Appearance |
| 2 | Sale Motion |
| 3 | APA |
| 4 | Sale Order |
| 5 | Report of Sale |
| 6 | LinkedIn Page |
| 7 | Paliot Website |
| 8 | Motion to Enforce |
| 9 | Contempt Order |
| 10 | Reply Brief |