# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Lightning Technologies, Inc,

    Debtor.

_____/

Case No. 21-41019-tjt

Chapter 7

Judge Thomas J. Tucker

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby files its Notice of Appearance on behalf of PALIoT, Inc., an interest party in this Chapter 7 case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 7 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Dated: February 11, 2022

Miller Johnson

By: _____
John T. Piggins (P34495)
pigginsj@millerjohnson.com
Business Address:
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Lightning Technologies, Inc,

    Debtor.

_____ /

Case No. 21-41019-tjt

Chapter 7

Judge Thomas J. Tucker

## CERTIFICATE OF SERVICE

I certify that on February 11, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court via the Court's ECF electronic filing system which will provide notice to all registered participants in this matter.

                              Miller Johnson

Dated: February 11, 2022          By:_____
                                John T. Piggins (P34495)
                                piggins@millerjohnson.com
                                Business Address:
                                P.O. Box 306
                                Grand Rapids, MI 49501-0306
                                (616) 831-1700

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

Lightning Technologies, Inc,

Debtor.

_____/

Case No. 21-41019-tjt

Chapter 7

Judge Thomas J. Tucker

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby files its Notice of Appearance on behalf of PALIoT Solutions, Inc., formerly PALIoT Solutions, LLC, an interested party in this Chapter 7 case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 7 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Miller Johnson
Attorneys for PALIoT Solutions, Inc.,
formerly PALIoT Solutions, LLC

Dated: May 16, 2022

By: /s/ Jacob L. Carlton
Jacob L. Carlton (P84859)
carltonj@millerjohnson.com
Business Address:
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700