# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Lightning Technologies, Inc.            Case No. 21-41019
                                                        Chapter 7
                                                        Honorable Thomas J. Tucker

         Debtor.
_____/

## TRUSTEE'S REPORT OF SALE

Chapter 7 Trustee Fred Dery (the "Trustee"), through his undersigned counsel, hereby states as follows for his report of sale required under Fed. R. Bankr. P. 6005(f)(1):

1. On May 13, 2021, this Court entered an order (the "Sale Order"; Docket No. 244) authorizing the sale of substantially all of the assets of the Debtor.

2. The Sale Order authorized the sale of the Assets (as defined in the Final APA) to Palltronics, Inc. ("Palltronics") for $5,000,000.00 pursuant to the terms of an asset purchase agreement executed by the Trustee and Palltronics, the final version of which, including all final Schedules, appears at Docket No. 259-1 (the "Final APA").

3. The Trustee closed on the sale of the Assets on May 26, 2021 with Palltronics at the sales price of $5,000,000.00.

4. In addition to serving as the Trustee's required report of sale under Fed. R. Bankr. P. 6005(f)(1), this document also serves as notice of the occurrence of the Closing Date (as defined in the Final APA), as required under paragraph 33 of the Sale Order.

|  |  |
|---|---|
| Dated: May 26, 2021 | THE TAUNT LAW FIRM<br><br>By: /s/ Dean R. Nelson, Jr.<br>Erika D. Hart (P67457)<br>Dean R. Nelson, Jr. (P70818)<br>Matthew L. Boyd (P73012)<br>Attorneys for Trustee<br>700 E. Maple Rd., 2nd Floor<br>Birmingham, MI 48009<br>(248) 644-7800<br>ehart@tauntlaw.com<br>dnelson@tauntlaw.com<br>mboyd@tauntlaw.com |