# EXHIBIT 6

    

Home | My Network 5 | Jobs



### Lightning Technologies
THE MOST TECHNOLOGICALLY ADVANCED PALLET ON THE PLANET™

Logistics & Supply Chain · Oxford, Michigan · 188 followers

See all 5 employees on LinkedIn

Follow    Visit website ↗    More

Home    **About**    Posts    Jobs    People

## Overview

Creating cleaner, safer, hyperconnected global supply chains via pallet design innovation, next generation IoT and on-demand customer data analytics.

**Website**
http://www.PALIoTSolutions.com

**Phone**
248-829-9455

**Company size**
11-50 employees
5 on LinkedIn

**Headquarters**
Oxford, Michigan

**Founded**
2021

**Specialties**
Logistics, High Tech Pallets, Pallet Pooling, Carbon Methodologies, and Food Safety

 

Home    My Network    Jobs

### Locations (1)

Primary

2171 Xcelsior Dr, Oxford, Michigan 48371, US

Get directions

---

Ad · · ·

Marc, stay informed on industry news and trends

 

Marc, Get the latest on **Bender Inc.** News, Jobs, and More!

Follow

---

### Pages people also viewed

 

Home   My Network   Jobs

followers

+ Follow

**Global Asset Rental**
Logistics & Supply Chain
383 followers

+ Follow

**Paxxal Inc.**
Packaging & Containers
371 followers

+ Follow

See all similar pages