# EXHIBIT 7



# PALIoT

# Creating cleaner, safer, hyperconnected global supply chains via pallet design innovation, next generation IoT and on-demand customer data analytics.



## GLOBAL REACH

PALIoT Solutions will manufacture and pool pallets around the world to support our customers' global operations. Pallets will be available in the right size and specification for each region, each of them equipped with a proprietary IoT sensor with distinct communication protocols but a common cloud-based-platform and customer interface.

## LOCAL EXECUTION

PALIoT intends to be to be the first verified, carbon neutral pallet pooler in the world. PALIoT will achieve this goal by combining a regional manufacturing base with local wash and re-distribution hubs, manufacturing and managing lightweight, edge-rackable pallets. PALIoT will reduce the miles travelled when empty pallets are delivered to customers and will minimize the backhaul miles together with a light-weight asset, all verifiably tracked with PALIoT technology.



## CIRCULAR DISTRIBUTION

The heart of the PALIoT Mission is the re-use, recyclability, and limited repair of the physical pallet. The PALIoT pooling solution has factored this into our pallet so as to contribute in a meaningfully positive way to the goals of less waste, less energy squandered moving pallets around and less man-hours required to manage the assets. The PALIoT solution will result in complete supply chain transparency and an early example of the "Circular Economy" in action.

# **EXHIBIT 6-6**

    

Home · My Network (6) · Jobs



### Richard MacDonald · 2nd
CTO / CSO PALIoT Solutions LLC

- PALIoT Solutions LLC
- University of Alberta

Detroit Metropolitan Area · Contact info

500+ connections

 **1 mutual connection:** Michelle Klassen "MK" Merrigan

Connect   Message   More

## About

- Focused on strategy, product and service management and business development
- Experience at Fortune 500 companies , as well as founding global technology companies
- Interest in disruptive technological innovations and creating value for all   ...see more

## Activity
4,007 followers

### Richard hasn't posted lately
Richard's recent posts and comments will be displayed here.

See all activity

  Home   My Network   Jobs

### Chief Technology Officer, Chief Sustainability Officer, Co-Founder
PALIoT Solutions LLC · Full-time
Sep 2020 - Present · 1 yr 5 mos
United States, Canada

Development and launch of a new IoT, lightweight, phytosanitary pooled pallet. Responsible for the architecture and development of the t  ...see more

### President Lightning Technologies Canada
Lightning Technologies Canada Inc.
Nov 2018 - Nov 2020 · 2 yrs 1 mo
Toronto, Canada Area

Responsible for Canadian Cold Chain and Pharma pallet pooling and business development, and global Sustainabilty integration for Client

### Chief Sustainability & Business Solutions Officer
Lightning Technologies · Full-time
Nov 2018 - Aug 2020 · 1 yr 10 mos
USA, Canada

Responsible for improving sustainability and GHG solutions for our cold chain supply clients and the integration and continued development of IoT

### Chief Sustainability & Business Development Officer
Chainvu - Axios - Crbnn
Apr 2018 - Oct 2018 · 7 mos
Toronto - New York

Responsible for rollout and adoption of Carbon Protocol, Chainvu Sensor and SaaS sales, Business and Market development, Capital raises and joint

### EVP
Axios - ChainVu - Crbnn
Jan 2018 - Mar 2018 · 3 mos
Toronto, New York

New blockchain logistics technology enabler services & devices (temperature, shock & motion sensors; Carbon protocol verification tracking

See all 11 experiences

## Education

 

6

Home   My Network   Jobs

1982 - 1985

 **St. Andrew's College**
1976 - 1981

## Skills

**Start-ups** · 77

 Endorsed by DR. CINDY GORDON and 1 other who is highly skilled at this

 Endorsed by 17 colleagues at Magna International

**Strategic Planning** · 67

 Endorsed by Nick Frakes who is highly skilled at this

 Endorsed by 17 colleagues at Magna International

**New Business Development** · 47

 Endorsed by 11 colleagues at Magna International

See all 35 skills

## Patents

**Shipping Pallet**
US US D673,754 S · Issued Jan 1, 2013

**Shipping Pallet**
US US D650,546 S · Issued Dec 13, 2011

## Interests

**Influencers**   Companies   Groups   Schools

 

Home   My Network   Jobs

1,032,881 followers

**Richard Branson**
Founder at Virgin Group
19,658,419 followers

## Causes

Animal Welfare • Disaster and Humanitarian Relief • Economic Empowerment • Environment • Health • Politics • Poverty Alleviation • Science and Technology

Promoted   ···

 IBM MDM User Group Meet
Register Now for the Virtual Event on Thursday, February 10.   ⟩

 Become an Engineer Leader
M.Eng. in engineering management online. STEM bachelor's required. No GRE.   ⟩

 Add "Law" To Your Resume
Online Master of Legal Studies in 1 year from WashU, no GRE/LSAT required.   ⟩

## People you may know

 **Sean Rucker**
Associate Attorney at Miller Canfield

Connect

 **Amanda Rauh-Bieri**
Associate at Miller Canfield

Connect

 **Gergana Sivrieva**
Associate Attorney at Miller Canfield

Connect

 

6

Home   My Network   Jobs

Connect



**Jessica Pask**
Associate Counsel, Kelly Services

Connect

---

**in LEARNING**

Add new skills with these courses, free for 24 hours

**Conquering Freak-Outs and the Fear of Failure**
1,512 viewers

**AWS: Enterprise Security**
10,550 viewers

**Using Public Health Data Sources**
3,663 viewers

Show more on LinkedIn Learning

---



Promoted   •••

**Add "Law" To Your Resume**
Online Master of Legal Studies in 1 year from WashU, no GRE/LSAT required.  ❯

**Learn to Lead Engineers**
Vanderbilt master's in engineering management online: No GRE required.  ❯

**Virtual program.**
Rethink your firm's business model and unleash the power of AI. Apply now.  ❯

 

6

Home   My Network   Jobs