UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Palltronics, Inc.,

    Plaintiff,

v.

PALIoT Solutions, Inc.,
f/k/a PALIoT Solutions, LLC,

    Defendant.

Case No. 22-12854

Hon. Denise Page Hood

_____

## PALIoT'S INITIAL FACT/EXPERT WITNESS LIST

Defendant PALIoT Solutions, Inc., f/k/a PALIoT Solutions, LLC ("Defendant" or "PALIoT") submits the following for its Initial Fact/Expert Witness List:

### Preliminary Statement Re: Reservation of Rights

At the time of service of this disclosure, Palltronics' allegations remain sufficiently vague that they fail to meet its obligations to disclose the existence of a trade secret or Protected Confidential Information. Indeed, Palltronics' vague public categorizations and discovery responses to date cannot, by definition, adequately specify its confidential trade secrets or other protected information—for a number of reasons, including the reason that Palltronics has never sought to protect the same in this litigation. "Any listing of trade secrets that are entitled to protection can only

1

be done under a Protective Order . . . ." *A&P Tech., Inc.*, 2017 WL 6606961, at *10 (requiring pre-discovery identification of trade secrets).[1] The parties discussed a Protective Order but the scope of an appropriate Protective Order is now before this Court on Plaintiff's Motion.

Without knowing what information is really at issue, PALIoT is prejudiced in the need to identify all fact and expert witnesses required to defend against Palltronics' claims. Indeed, Palltronics' allegations have already shifted ***on their own***—well after the '223 Patent was made public.[2]

PALIoT reserves all rights to supplement this Fact and Expert Witness List after Plaintiff has made a detailed disclosure of its claims. Without prejudice to that right, PALIoT discloses the following witnesses based upon information known and available at this time:

### Fact Witnesses

(1)   Current and former agents/employees and representatives of Defendant, including, without limitation: (a) Niall Geoghegan, VP of Manufacturing; (b) Ward van Gerwen, Interim President; (c) Star Smith, Quality

---

[1] "[T]he fact that all of [Palltronics] discussions of its trade secrets have occurred in the public portions of the record further suggests that [Palltronics] ha[s] failed to disclose [its] trade secrets with reasonable particularity." *L-3 Commc'ns Corp.*, 2011 WL 10858409, at *3.

[2] *Compare* '223 Patent at (65) (showing the '223 Patent was published on April 27, 2023), *with Palltronics Mot. for TRO & PI*, ECF 8 (filed on November 29, 2022).

Director; (d) Sebastian Chaskielberg, former Director of Wood Procurement; (e) Jacob Gabel, former R&D manager; (f) Paul Barry, former CEO; (g) Sylvan Naets, Shareholder; (h) David Distel, CFO; (i) Richard MacDonald, Co-Founder; (j) Yeshwant Maruvada, former Design Engineer; (k) Jim Gruber, former Project Manager; (l) Cody Gherig, former Operations Manager; (m) Michael Lacrosse; (n) Tylor Weston; and (o) Kevin Johnson, Board Member; (p) Todd Kayhart, Plant Manager.

(2)     Herman J. Novak and David Brown, currently or formerly with HJN Enterprises.

(3)     Brandon Pittenger, currently or formerly with Ultimate Linings, Inc.

(4)     Christina Tarola, currently or formerly with BASF Corporation.

(5)     Gordon Fendert, currently or formerly with ATS Corporation.

(6)     Larry Marino, currently or formerly with FANUC America.

(7)     Jim Miller and Jamie Hart, currently or formerly with Air Liquid Solutions, Inc.

(8)     Emily Best, currently or formerly with Microban.

(9)     Randall Shepherd, currently or formerly with RSAE.

(10)    Braxton Carpenter, currently or formerly with Adaptec.

(11)    Kyle Entsminger, currently or formerly with ECT.

(12)    Jeffrey Owen, former President of Lightning.

171000281v1

(13) Micah Reeser.

(14) David Aston.

(15) Cindy Bultheis.

(16) Richard Flores.

(17) Matt Holub.

(18) Erik deBokx.

(19) Bruce Banter.

(20) Michael Blicher.

(21) Tom Klein.

(22) Rasa Borowski.

(23) Randy Schmidt.

(24) Pat O'Keefe.

(25) Any other witnesses identified by Palltronics in initial disclosures or witness lists provided in this case or in the Lightning bankruptcy case, in any discovery response, or otherwise during the course of this action whose testimony may support PALIoT's defenses, including, without limitation, Richard Crow, Marty DiFiore, Leslie Dunahay, Roland Heiberger, Ellwood Hunt, Damian Kassab, and Todd VanBynen.

## Expert Witnesses

(1) Thomas J. Gorowsky, FA Financial Advisors, LLC.

(2) Laszlo Horvath, Phd, PDP, CPP, Center for Packaging and Unit Load Design, Virginia Tech University.

                                        Respectfully submitted,

Dated: January 27, 2025

/s/ R. Christopher Cataldo
R. Christopher Cataldo (P39353)
Taft Stettinius & Hollister LLP
Attorneys for Defendant
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 351-3000
ccataldo@taftlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025 the foregoing was filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ R. Christopher Cataldo
Taft Stettinius & Hollister, LLP
Attorneys for PALIoT
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034
(248) 351-3000
ccataldo@taftlaw.com